[No. 14187-2-I. Division One. September 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JAMES STARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-02524-5, Robert E. Dixon, J., entered December 21, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.

[No. 12820-5-I. Division One. September 16, 1985.]

MARGARET OSTERUD, ET AL, *Appellants*, v. ANBEST ASSOCIATES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-2-04451-2, Daniel T. Kershner, J., entered January 28, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Webster, JJ.

[No. 14120-1-I. Division One. September 16, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY C. LIPPOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00178-6, Gerald L. Knight, J., entered December 15, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, A.C.J., and Williams, J.